UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAPHETH MWAMISI NYAMU, § | |
| Plaintiff, § | |
| v. § | No. 3:16-CV-01930-N (BF) |
| JAMES COMEY, DIRECTOR § | |
| FEDERAL BUREAU OF § | |
| INVESIGATIONS, et al., § | |
| Defendants. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated December 16, 2016. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Signed** this 27th day of January, 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE